Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST, PAINTERS AND ALLIED TRADES INTERNATIONAL UNION AND INDUSTRY PENSION FUND, and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, | Case No. 3:13-mc-5017-BHS<br><br>**ORDER TO ISSUE AND RETURN WRIT OF GARNISHMENT** |
| Plaintiffs / Judgment Creditors, | |
| v. | |
| SEATTLE STRUCTURES, LLC, a Washington limited liability company, JESSE HARRISON and JANE DOE HARRISON, husband and wife and the marital community comprised thereof, DAVID BAILEY and JANE DOE BAILEY, husband and wife and the marital community comprised thereof, | |
| Defendants / Judgment Debtors, | |
| and | |
| KEY BANK, | |
| Garnishee. | |

IT IS ORDERED: The Plaintiff/Judgment Creditor's Application for a Writ of Garnishment directed to

Order to Return and Issue Writ
(Case No. 3:13-mc-5017-BHS)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1

1  KEY BANK as garnishee defendant is:

2  [ X ] GRANTED. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorney for

3  Plaintiff/Judgment Creditor, Michael A. Urban, at his Las Vegas office, The Urban Law Firm, 4270 S.

4  Decatur Blvd., Ste. A-9, Las Vegas, NV 89103.

6  [  ] DENIED for the following reasons:

13  Dated: April 26, 2013

_____
BENJAMIN H. SETTLE
United States District Judge

Order to Return and Issue Writ
(Case No. 3:13-mc-5017-BHS)

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

2